**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIE-PASCALE MOLEMA, on behalf of**
**herself and all others similarly situated,**

        **Plaintiff,**

-vs-                                                 Case No. 6:05-cv-1859-Orl-22DAB

**BIO-ONE CORPORATION, ARMAND**
**DAUPLAISE, BERNARD SHINDER,**
**FRANK M. CLARK, IRWIN NEWMAN,**
**and ROY LERMAN,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion of Marie-Pascale Molema and the Rehm Family to be Appointed Lead Plaintiffs, and for Approval of Lead Plaintiffs' Selection of Lead Counsel (Doc. No. 7) filed on February 21, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed June 2, 2006 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion of Marie-Pascale Molema and the Rehm Family to be Appointed Lead Plaintiffs, and for Approval of Lead Plaintiffs' Selection of Lead Counsel (Doc. No. 7) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 20, 2006.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record